**[Exempt From Filing Fee Government Code § 6103]**

ALESHIRE & WYNDER, LLP
KEITH F. MILLHOUSE, State Bar No. 126082
  *kmillhouse@awattorneys.com*
MICHELLE L. VILLARREAL, State Bar No. 239263
  *mvillarreal@awattorneys.com*
MARIA G. CORDOVA, State Bar No. 309778
  *mcordova@awattorneys.com*
340 N. Westlake Boulevard, Suite 115
Thousand Oaks, California 91362
Telephone: (805) 495-4770
Facsimile:  (949) 223-1180

Attorneys for CITY OF GLENDORA, MIKE RANDAZZO, and OFFICER BREWER

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| KARLA HERNANDEZ,<br><br>        Plaintiff,<br><br>        v.<br><br>MIKE RANDAZZO, POLICE CHIEF;<br>CITY OF GLENDORA; POLICE<br>OFFICER BREWER, and DOES 1<br>through 25.<br><br>        Defendants. | Case No. 2:26-cv-02297<br><br>**NOTICE OF REMOVAL OF ACTION PURSUANT TO 28 U.S.C. § 1441(b) [FEDERAL QUESTION]**<br><br>State Complaint Filed:  February 2, 2025 |

**TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

PLEASE TAKE NOTICE that Defendants CITY OF GLENDORA, MIKE RANDAZZO, and OFFICER BREWER ("Defendants"), hereby remove to this Court the state court action described below:

On February 2, 2026, an action was commenced in the Superior Court of the State of California, in the County of Los Angeles, entitled *Karla Hernandez, et al v. Mike Randazzo, et al*, case number 26PSCV00377.

/ / /

/ / /

01240.0071 2100421.1    -1-

NOTICE OF REMOVAL OF ACTION PURSUANT TO 28 U.S.C. § 1441(b)
[FEDERAL QUESTION]

1. The first date upon which the Defendants received a copy of said complaint was February 3, 2026, when Defendants were served with a copy of said summons and complaint from the said state court.

2. A copy of the summons and complaint are attached as **Exhibit "A."** No other process, pleadings or orders have been served upon the Defendants by the state court.

4. This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. § 1331, and is one which may be removed to this court by the City pursuant to the provisions of 28 U.S.C. § 1441(a) in that three (3) of the nine (9) Plaintiff's causes of action in her complaint arise under alleged violations of 42 U.S.C. § 1983.

THEREFORE, the Defendants pray that this action be removed to the United States District Court for the Central District of California, Western Division – Los Angeles Courthouse.

DATED: March 4, 2026

ALESHIRE & WYNDER, LLP
KEITH F. MILLHOUSE
MICHELLE L. VILLARREAL
MARIA G. CORDOVA

By: _Michelle L. Villarreal_
MICHELLE L. VILLARREAL
Attorneys for CITY OF GLENDORA, MIKE RANDAZZO, and OFFICER BREWER

01240.0071 2100421.1                    -2-

NOTICE OF REMOVAL OF ACTION PURSUANT TO 28 U.S.C. § 1441(b)
[FEDERAL QUESTION]

## PROOF OF SERVICE

**Hernandez, Karla v. Mike Randazzo, et al.**

**STATE OF CALIFORNIA, COUNTY OF RIVERSIDE**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Riverside, State of California.  My business address is 3550 Vine Street, Suite 200, Riverside, CA 92507.

On March 4, 2026, I served true copies of the following document(s) described as **NOTICE OF REMOVAL OF ACTION PURSUANT TO 28 U.S.C. § 1441(b) [FEDERAL QUESTION]** on the interested parties in this action as follows:

Karla Hernandez (Pro Per)                    Plaintiff In Pro Per
1130 W. San Bernardino Rd #131
Covina, CA 91722
Telephone:  (424) 513-5720
Email: PGHsteelv794@gmail.com

**BY  MAIL:**  I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices.  I am readily familiar with the practice of Aleshire & Wynder, LLP for collecting and processing correspondence for mailing.  On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am a resident or employed in the county where the mailing occurred.  The envelope was placed in the mail at Riverside, California.

**BY E-MAIL OR ELECTRONIC TRANSMISSION:**  I caused a copy of the document(s) to be sent from e-mail address adiaz@awattorneys.com to the persons at the e-mail addresses listed in the Service List.  I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on March 4, 2026, at Riverside, California.

_Angelina Diaz_
_____
Angelina Diaz

01240.0071 2100421.1                                    -1-
NOTICE OF REMOVAL OF ACTION PURSUANT TO 28 U.S.C. § 1441(b)
[FEDERAL QUESTION]