UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARLA HERNANDEZ, <br><br> Plaintiff, <br><br> v. <br><br> MIKE RANDAZZO et al., <br><br> Defendants. | Case No. 2:26-cv-02297-SB-PD <br><br> FINAL JUDGMENT |

For the reasons stated in the separate order of dismissal entered this date, it is ordered that Plaintiff Karla Hernandez's claims are dismissed without prejudice for failing to timely oppose Defendants' motion to dismiss.

This is a final judgment.

Date: April 21, 2026

_____
Stanley Blumenfeld, Jr.
United States District Judge

1